IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE INTACT COMPAGNIE D'ASSURANCE

        Petitioner,

        -against-                                         **ORDER**

NORTH HUDSON TROOP OF NEW YORK        **Civil Action No.: 8:21-cv-01375**
STATE POLICE DEPARTMENT,                                    **(GTS-CFH)**

        Respondent.

------------------------------------------------------------------X

The application of Intact Compagnie D'Assurance came on to be heard, December 29, 2021, with submission of a Petition on December 22, 2021 by Kenneth M. Alweis and the supporting Declaration of its Canadian Counsel Amelie Pasquin. The court has considered the evidence presented and has reviewed the papers of counsel. It appears to the court that the North Hudson Troop of the New York State Police Department, a resident of this judicial district, has knowledge of facts and material to the defense of the underlying action commenced and currently pending in Canada, in the Province of Quebec, in the District of Montreal with venue in the Superior Court of Quebec, entitled: *Transport Kahkashan Inc. v. Intact Compagnie D'Assurance*, and it further appears that justice will be served by taking of the testimony of representatives of the New York State Police Department, North Hudson Branch for use in that action; therefore

IT IS ORDERED that Kenneth M. Alweis, attorney at law, be and is appointed special examiner, with full power to administer oaths and to take testimony, to take the deposition of a representative with knowledge of the New York State Police Department, Hudson Branch concerning discovery from the Respondent pursuant to 28 U.S.C.A. §1782; and it is further

32050993.v1

ORDERED Petitioner's Counsel to take discovery from Respondent relating to the issues identified in this Petition; and it is further

ORDERED Petitioner's Counsel to Issue the subpoena for the production of documents and deposition testimony from Respondents, in the form attached to the Petition as Exhibit "A"; and it is further

ORDERED Petitioner's Counsel to Issue additional subpoenas for the production of documents and/or additional depositions of Respondents as Petitioners may deem reasonably appropriate and as are consistent with the Federal Rules of Civil Procedure; and it is further

ORDERED Respondent is to comply with such subpoenas in accordance with the Federal Rules of Civil Procedure and the Rules of this Court; and it is further

ORDERED the New York counsel for Petitioner to issue, sign and serve subpoenas upon Respondent and that any testimony in this matter may be taken before any certified court reporter authorized to take testimony and administer oaths, and such court reporters are hereby authorized to take testimony in this matter.

Dated: January  3 , 2022

_____
Hon. Glenn T. Suddaby
Chief U.S. District Judge

32050993.v1